IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD LEE WHITE, <br><br> Plaintiff, <br><br> vs. <br><br> CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al., <br><br> Defendants. | Case No. 1:11-cv-00307 JLT (PC) <br><br> ORDER DISREGARDING FIRST AMENDED COMPLAINT <br><br> (Doc. 10) |

On April 13, 2011, the Court dismissed this lawsuit. (Doc. 9) Nevertheless, on January 18, 2012, Plaintiff filed a First Amended Complaint. (Doc. 10) However, because this matter is closed, the First Amended Complaint is **DISREGARDED**.

No further filings will be accepted in this matter.

IT IS SO ORDERED.

Dated:   **February 2, 2012**          /s/ Jennifer L. Thurston
                                     UNITED STATES MAGISTRATE JUDGE

1