IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD LEE WHITE,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>CALIFORNIA DEPARTMENT OF<br>CORRECTIONS AND REHABILITATION, et al.,<br><br>　　　　Defendants. | Case No. 1:11-cv-00307 JLT (PC)<br><br>ORDER DISREGARDING FIRST AMENDED COMPLAINT<br><br>(Doc. 10) |

On April 13, 2011, the Court dismissed this lawsuit. (Doc. 9) Nevertheless, on January 18, 2012, Plaintiff filed a First Amended Complaint. (Doc. 10) However, because this matter is closed, the First Amended Complaint is **DISREGARDED**.

No further filings will be accepted in this matter.

IT IS SO ORDERED.

Dated: **February 2, 2012**　　　　　　　　　　　　　/s/ Jennifer L. Thurston
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1